**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA  DIVISION**

|  |  |  |
|---|---|---|
| **EARNEST HUBERT SPRAYBERRY,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CASE NO.  7:04-CV-71 (HL)** |
| | : | |
| | : | |
| **DONALD BARROWS, et al,** | : | |
| | : | |
| **Defendants** | : | |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 7) filed May 24, 2005  has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed by the plaintiff within the allotted time.

**SO ORDERED,** this the 13th day of June, 2005.

**s/ Hugh Lawson**
**HUGH LAWSON, Judge**
**United States District Court**